**Electronically Filed
Supreme Court
SCWC-28669
05-DEC-2011
02:08 PM**

NO. SCWC-28669

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————

JASON LANAKILA CABRAL; the Estate of JOSEPH PU KAIKALA; LYNDA
EVADNA KAIKALA, individually, as Special Administratrix of the
Estate of Shawn Kaikala, and as Guardian Ad Litem for minors:
SHANTEL KAIUOLA CABRAL, and IOKEPA JOHN KAIKALA; JOHN E. KRAUSE,
individually and as Guardian Ad Litem for minors:  KAHEKILI JOHN
KRAUSE, KEANU KAIKALA KRAUSE, and KAWENA KAIKALA KRAUSE,
Petitioners/Plaintiffs-Appellants,

and

MARK KALE CABRAL, Plaintiff-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Defendant/Cross-Claim Plaintiff/Cross-Claim
Defendant/Appellee,

and

JONI MARIE SCOTT,
Defendant/Cross-Claim Defendant/Cross-Claim Plaintiff.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28669; CIV. NO. 01-1-0449)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioners/Plaintiffs-Appellants' application for writ

of certiorari, filed on October 24, 2011, is hereby accepted and

will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, December 5, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.



/s/ Sabrina S. McKenna

Joy A. San Buenaventura
and Peter Van Name Esser
for petitioners/plaintiffs-
appellants on the application

2